# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) |
| | ) BAP No. 19-54 |
| | ) |
| Appellants, | ) |
| | ) |
| v. | ) Case No. 19-cv-01858-RGA |
| | ) |
| TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC, | ) **Related to Docket No. 5** |
| | ) |
| Appellees. | ) |

## STATEMENT OF APPELLANTS PURSUANT TO LOCAL RULE 7.1.1 IN REFERENCE TO APPELLANTS' MOTION TO ACCEPT DOCUMENTS INTO APPELLATE RECORD UNDER SEAL

Pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, and in connection with the pending *Appellants' Motion to Accept Documents into Appellate Record under Seal* [D.I. 5] (the "**Seal Motion**"), the above-captioned debtors and debtors in possession (collectively the "**Debtors**" or the "**Appellants**") confirm that in advance of the filing of the Seal Motion, counsel to the Debtors

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

-2-

conferred with counsel to the Appellees regarding the relief requested in the Seal Motion. Counsel to the Appellees confirmed that there was no opposition to such relief.

| | | |
|---|---|---|
| Dated: October 14, 2019 | | **SAUL EWING ARNSTEIN & LEHR LLP** |
| | By: | */s/ Monique B. DiSabatino* <br> Mark Minuti (DE Bar No. 2659) <br> Monique B. DiSabatino (DE Bar No. 6027) <br> 1201 N. Market Street, Suite 2300 <br> P.O. Box 1266 <br> Wilmington, DE 19899 <br> Telephone: (302) 421-6800 <br> Fax: (302) 421-5873 <br> mark.minuti@saul.com <br> monique.disabatino@saul.com |
| | | -and- |
| | | Jeffrey C. Hampton <br> Adam H. Isenberg <br> Aaron S. Applebaum (DE Bar No. 5587) <br> Centre Square West <br> 1500 Market Street, 38th Floor <br> Philadelphia, PA 19102 <br> Telephone: (215) 972-7777 <br> Fax: (215) 972-7725 <br> jeffrey.hampton@saul.com <br> adam.isenberg@saul.com <br> aaron.applebaum@saul.com |
| | | *Counsel for Debtors and Debtors in Possession* |