# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) Case No. 19-11466 (KG) ) Jointly Administered |
| Debtors. | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*, | ) BAP No. 19-54 |
| Appellants, | |
| v. | ) Case No. 19-cv-01858-RGA |
| TENET BUSINESS SERVICES CORPORATION AND CONIFER REVENUE CYCLE SOLUTIONS, LLC, | |
| Appellees. | |

**ORDER GRANTING APPELLANTS' MOTION TO ACCEPT DOCUMENTS INTO APPELLATE RECORD UNDER SEAL**

Upon the *Appellants' Motion to Accept Documents into Appellate Record under Seal* (the "Motion");[2] and for good cause shown; it is hereby ORDERED, ADJUDGED and DECREED that:

1.   The Motion is granted.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 230 North Broad Street, Philadelphia, Pennsylvania 19102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

2.   The Clerk for the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") is permitted and authorized to transmit to the United States District Court for the District of Delaware those portions of the Designation of Record that are designated as "Sealed" (the "**Sealed Materials**").

3.   This Court will accept, under seal, the Sealed Materials, and the Sealed Materials shall be treated in accordance with this Court's usual practices and procedures concerning sealed materials.

4.   Upon the entry this Order, the Appellants shall give notice of this Order to counsel for the Appellees and will transmit a copy of this Order to the Bankruptcy Court.

Dated: October 15, 2019
       Wilmington, Delaware

_____
Honorable Richard G. Andrews
United States District Judge