## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a | : | |
| HAHNEMANN UNIVERSITY HOSPITAL, | : | Bankruptcy Case No. 19-11466 (KG) |
| et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| CENTER CITY HEALTHCARE, LLC d/b/a | : | |
| HAHNEMANN UNIVERSITY HOSPITAL, | : | |
| et al., | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | C. A. No. 19-1858-RGA |
| | : | BAP No. 19-54 |
| TENET BUSINESS SERVICES | : | |
| CORPORATION and CONIFER | : | |
| REVENUE CYCLE SOLUTIONS, LLC, | : | |
| | : | |
| Appellees. | : | |

## **RECOMMENDATION**

At Wilmington this **22nd** day of **October, 2019**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

The portion of the Order by the Bankruptcy Court of September 19, 2019 on appeal is that part which lifts the automatic stay following October 18, 2019 (the Outside Date). Consistent with the September 2019 Order, the parties, that is Debtors,

Tenet Parties and the Committee selected the Honorable Judith K. Fitzgerald to mediate various disputes between the Debtors and Tenet parties, including whether the Tenet Parties will continue to provide certain services beyond the above noted Outside Date. This mediation is ongoing and if successful, will likely resolve this Appeal.

On October 2, 2019, Debtors filed with the Bankruptcy Court a motion for Stay pending Appeal of the September 19, 2019 Order. This motion is presently before the Bankruptcy Court. Tenet Parties plan to oppose this recent motion. This motion is scheduled for a hearing before the Bankruptcy Court on November 4, 2019. Although the parties are hopeful of resolving their disputes through mediation, they request that a briefing schedule be set following the motion hearing before the Bankruptcy Court as noted above. Their joint proposed briefing schedule in this Court for the appeal is as follows:

| | |
|---|---|
| Appellants' Opening Brief | November 11, 2019 |
| Appellees' Answering Brief | November 25, 2019 |
| Appellants' Reply Brief | December 3, 2019 |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Since this Recommendation is consistent with the request of the parties, no objection to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 is anticipated.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge

SO ORDERED this 25 day of October, 2019

_____
United States District Judge