

MARK MINUTI
Phone: (302) 421-6840
Fax: (302) 421-5873
mark.minuti@saul.com
www.saul.com

November 7, 2019

The Honorable Richard G. Andrews
United States District Court for the
 District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 9, Room 6325
Wilmington, DE 19801-3555

      **RE**:    *In re: Center City Healthcare, LLC, et al.;* **Case No. 19-cv-1858-RGA**

Dear Judge Andrews:

    Our firm represents Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*, as Appellants in the above captioned appeal. I am writing with the consent of Appellees, Tenet Business Services Corporation and Conifer Revenue Cycle Solutions, LLC, to inform the Court that the parties have agreed to settle a number of issues (the "Settlement"), which Settlement will render this Appeal moot. The Settlement is subject to approval of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and we expect to seek approval of the Settlement at a hearing in early December, 2019. Accordingly, the parties respectfully request that the Court suspend the briefing schedule for this Appeal pending Bankruptcy Court approval of the Settlement. Once the Settlement is approved by final order of the Bankruptcy Court, we will file an appropriate notice to dismiss this Appeal. In the unlikely event that the Settlement is not approved, we will contact Chambers to re-establish an appropriate briefing schedule.

    Of course, we are available to discuss this matter at the Court's convenience.

                Respectfully submitted,

                */s/ Mark Minuti*
                Mark Minuti (DE Bar No. 2659)

MM/rew
cc:    Jeffrey C. Hampton, Esq.
        Gregory F. Pesce, Esq.
        Laura Davis Jones, Esq.
        Nicholas F. Wasdin, Esq.

P.O. Box 1266 ◆ Wilmington, DE 19899-1266 ◆ Phone: (302) 421-6800 ◆ Fax: (302) 421-6813
Courier Address: 1201 North Market Street, Suite 2300 ◆ Wilmington, DE 19801

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

36091704.1 11/07/2019